IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ALVERTIS ISBELL d/b/a | § | |
| ALVERT MUSIC | § | |
| v. | § | Case No. 4:07-cv-146 |
| | § | |
| DM RECORDS, INC. | § | |

## VERDICT FORM

We, the jury, find as follows:

### QUESTION NO. 1

What amount of actual damages and profits, if any, is Alvertis Isbell d/b/a Alvert Music entitled to recover for infringement of the copyright in the musical composition "Whoomp! (there it is)"?

$2,131,482.28

### QUESTION NO. 2

Do you find you that infringement of the copyright in the musical composition "Whoomp! (there it is)" by DM Records, Inc. was willful?

__X__ YES

_____ NO

### QUESTION NO. 3

What amount of statutory damages is Alvertis Isbell d/b/a Alvert Music entitled to recover for infringement of the copyright in the musical composition "Whoomp! (there it is)"?

$132,500.00

## QUESTION NO. 4

What amount of actual damages and profits, if any, is Alvertis Isbell d/b/a Alvert Music entitled to recover for infringement of the copyright in the musical composition "Dazzey Duks"?

$1,472.01

## QUESTION NO. 5

Do you find you that infringement of the copyright in the musical composition "Dazzey Duks" by DM Records, Inc. was willful?

__X__ YES

_____ NO

## QUESTION NO. 6

What amount of statutory damages is Alvertis Isbell d/b/a Alvert Music entitled to recover for infringement of the copyright in the musical composition "Dazzey Duks"?

$132,500

Date: 9/12/12          Signed: Redacted
                                Foreperson

13