## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

Alvertis Isbell d/b/a Alvert Music,

      Plaintiff,

v.

DM Records, Inc.,

      Defendant.

Case No. 4:07-cv-00146-RAS
(Judge Schell/Judge Bush)

## ELECTION OF DAMAGES

Plaintiff, Alvertis Isbell d/b/a Alvert Music ("Alvert") hereby gives notice of his election of actual or statutory damages as follows:

1. With respect to "Whoomp! (There It Is)," Alvert elects the actual damages/profits awarded by the jury.

2. With respect to "Dazzey Duks," Alvert elects the statutory damages awarded by the jury.

Dated: September 19, 2012

Respectfully submitted,

/s/Richard S. Busch
Richard S. Busch, Tenn. No. 14594
Andrew W. Coffman, Tenn. No. 27160
KING & BALLOW
315 Union Street, Suite 1100
Nashville, Tennessee 37201
Telephone: (615) 259-3456
Facsimile: (615) 726-5417
Email: rbusch@kingballow.com

William S. Helfand
CHAMBERLAIN HRDLICKA WHITE
WILLIAMS & MARTIN
1200 Smith Street
Suite 1400
Houston, Texas 77002
Telephone: (713) 654-9630
Facsimile: (713) 658-2553
Email: bill.helfand@chamberlainlaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of September, 2012 I electronically filed the foregoing document and attachments with the Clerk of the Court using the ECF System which sent notification of such filing to the following:

Richard C. Wolfe, Esq.
WOLFE LAW MIAMI, P.A.
175 S.W. 7th Street
Latitude One Penthouse 2410
Miami, Florida 33131

Jo E. Hartwick, Esq.
STUTZMAN, BROMBERG, ESSERMAN & PLIFKA
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 969-4900
Facsimile: (214) 969-4999

/s/Andrew W. Coffman