**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| ALVERTIS ISBELL D/B/A ALVERT MUSIC | § § § | |
| v. | § § | Case No. 4:07-cv-146 |
| DM RECORDS, INC. | § § | |

**<u>FINAL JUDGMENT</u>**

On August 27, 2012, this action came for trial before a jury. Both parties announced ready for trial, and following the presentation of evidence, both parties moved for judgment as a matter of law pursuant to FED. R. CIV. P. 50. The court granted Plaintiff's motion for judgment as a matter of law [de 285] on the issue of ownership of the copyright in the musical compositions "Whoomp! (there it is)" by Tag Team and "Dazzey Duks" by Duice and on the issue of infringement. Defendant's motion for a directed verdict [de 287] was denied.

The jury was then instructed to answer certain questions on the issue of damages. The jury returned a verdict by answering the questions on September 12, 2012. The jury found that Plaintiff was entitled to actual damages in the amount of $2,131,482.28 for copyright infringement of the musical composition "Whoomp! (there it is)". The jury also found that Defendant had willfully infringed Plaintiff's copyright in the musical composition "Whoomp! (there it is)" and alternatively awarded statutory damages in the amount of $132,500.00. Further, the jury found that Plaintiff was entitled to actual damages of $1,472.00 for copyright infringement of the musical composition "Dazzey Duks". The jury found that Defendant had willfully infringed Plaintiff's copyright in the musical composition "Dazzey Duks" and alternatively awarded statutory damages in the amount of $132,500.00.

Under 17 U.S.C. § 504(c)(1), "the copyright owner may elect, at any time before final judgment is rendered, to recover, instead of actual damages and profits, an award of statutory damages for all infringements involved in the action, with respect to any one work, for which any one infringer is liable individually." Plaintiff indicated during final arguments that an award of statutory damages for infringement of the composition "Dazzey Duks" and an award of actual damages for the composition "Whoomp! (there it is)" would be elected.

It is therefore, **ORDERED** that the Plaintiff, Alvertis Isbell d/b/a Alvert Music, recover from Defendant, DM Records, Inc. damages in the amount of $2,263,982.28 and shall be entitled to post-judgment interest at an annual rate of 0.18% compounded annually pursuant to 28 U.S.C. § 1961 until paid.

IT IS SO ORDERED.

**SIGNED this the 27th day of September, 2012.**


_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE

2